

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FATHERS & DAUGHTERS
NEVADA LLC.

      Plaintiff,
v.

   Case No. 4:16-CV-10785-TGB-APP
   HON. Terrence G. Berg
   Magistrate Anthony P. Patti

MARC HOLLINGSWORTH ET. AL.
      Defendant,

| Barry Kane   (P45851) | Marc Hollingsworth (P65319) |
|---|---|
| **Attorney for Plaintiff** | **Pro Per** |
| **410 Federal Square Building** | **21900 Greenfield** |
| **Grand Rapids, MI 49503** | **Oak Park, MI 48237** |
| **(616) 726-5905** | **(248) 508-0759** |

## DEFENDANT MARC HOLLINGSWORTH'S ANSWER TO COMPLAINT

Now Comes Defendant Marc Hollingsworth, and for his Answer states:

1. Neither admit or deny but leave Plaintiff to its proofs.

2. Defendant Marc Hollingsworth denies this allegation.

3. Denied for the reason that same is untrue.

4. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

5. Denied for the reason that same is untrue.

6. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

7. Denied for the reason that same is untrue.

8. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof

9. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

10. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

11. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

12. Denied for the reason that same is untrue.

13. Denied for the reason that same is untrue.

14. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

15. Defendant is without sufficient information to admit or deny this allegation, and leaves the plain

16. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

17. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

18. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

19. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

20. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

21. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

22. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

23. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

24. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

25. Denied for the reason that same is untrue.

26. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

27. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

28. Denied for the reason that same is untrue

29. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

30. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

31. Denied for the reason that same is untrue.

32. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

33. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

34. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

35. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

36. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

37. No response required.

38. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

39. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

40. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

41. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

42. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

43. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

44. Denied inasmuch as defendant Marc Hollingsworth engaged in the alleged activity.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

53. Defendant is without sufficient information to admit or deny this allegation, and leaves the plaintiff to its proof.

54. No response.

55. Denied.

56. Denied.

57. Denied.

## RELIEF REQUESTED

      WHEREFORE, Defendant respectfully requests this honorable Court to dismiss this matter and to award attorney's fees incurred by defendant for having to defend this frivolous action.

Dated: 6/12/2016

/s/_____
Marc Hollingsworth (P65319)
Hollingsworth Law
Attorney for Defendant
Marc Hollingsworth
21900 Greenfield
Oak Park, MI 48237
(248) 508-0759

Dated: June 13, 2016

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon all counsel of record on June 12, 2016 via First Class Mail.

I DECLARE THAT THE STATEMENT ABOVE IS TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.

_____
Marc Hollingsworth



METROPLEX MI 480

15 JUN 2016 PM 1 L

HOLLINGSWORTH LAW
21900 Greenfield
Oak Park, Michigan 48237

46226-279425

United States District Court
Eastern District of Michigan
Clerk's Office
231 W. Lafayette Blvd, Room 564
Detroit, Michigan 48226