# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FATHERS AND DAUGHTERS NEVADA, LLC )<br>  )<br>    Plaintiff,                                   )<br>  )<br>v.                                                      )<br>  )<br>SHAHID SULAHRIA,                )<br>  )<br>    Defendant.                        ) | Case No.: 4:16-CV-10785 |

## **ENTRY OF APPEARANCE OF JEFFREY J. ANTONELLI**

Jeffrey J. Antonelli, of Antonelli Law, Ltd hereby enters his appearance on behalf of Defendant Shahid Sulahria in the above referenced case.

Respectfully submitted this 28th Day of June, 2016

                                                                                                 By:    /s/Jeffrey Antonelli
                                                                                                        Jeffrey Antonelli
                                                                                                         Antonelli Law Ltd.
                                                                                                         35 E. Wacker Dr., Ste 1875
                                                                                                         Chicago, IL 60601
                                                                                                         Ph. 312-201-8310
                                                                                                         Email: jeffrey@antonelli-law.com
                                                                                                         Attorney for Defendant Shahid Sulahria

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Barry C. Kane
      Kane & Co., PLC
      29 Pearl St., N.W.
      410 Federal Square Bldg.
      Grand Rapids, MI 49503
      Email: bkane@kaneplc.com

      By:   /s/Jeffrey Antonelli
            Jeffrey Antonelli
            Antonelli Law Ltd.
            35 E. Wacker Dr., Ste 1875
            Chicago, IL 60601
            Ph. 312-201-8310
            Email: jeffrey@antonelli-law.com
            Attorney for Defendant Shahid Sulahria